THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Curtis
 Patterson, Petitioner,
 v.
 State of South
 Carolina, Respondent.
 
 
 

 ON WRIT OF CERTIORARI

 Appeal from Aiken County
 Costa M. Pleicones, Plea Judge
  Doyet A. Early, III, Post-Conviction
 Judge

 Memorandum Opinion No.  2011-MO-031
 Submitted November 16, 2011  Filed
 November 21, 2011  

 DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of South
 Carolina Commission on Indigent Defense, of Columbia, for Petitioner.
 Attorney General Alan Wilson, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Mary S. Williams, all of Columbia, for
 Respondent.
 
 
 

 
 PER CURIAM:     We granted a writ of certiorari to
 review the denial of Petitioner's application for post-conviction relief
(PCR).  We now dismiss the writ as improvidently granted. 
 DISMISSED
 AS IMPROVIDENTLY GRANTED.
 TOAL,
 C.J., BEATTY, KITTREDGE and HEARN, JJ., concur.  PLEICONES, J., not
 participating.